IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | | Criminal No. 24-200-BAH |
| RICHARD MICHAEL ROE, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

The Court sets the following schedule for further proceedings in this case:

| | |
|---|---|
| December 2, 2025 | Deadline for filing motions *in limine* |
| December 16, 2025 | Deadline for responses to motions *in limine* |
| December 16, 2025 | Deadline for receipt in chambers of proposed voir dire, proposed jury instructions, and a proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers:** MDD_BAHChambers@mdd.uscourts.gov |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the **fullest extent possible** make a **joint submission**. Counsel shall identify any matters of disagreement through supplemental filings. |
| December 23, 2025 | Deadline for replies to motions *in limine* |
| **January 30, 2026, 10:00 a.m.** | **Pretrial Conference**, Courtroom 3D. Defendant must be present. |
| **February 17, 2026, 9:15 a.m.** | **Jury Trial**, Courtroom 3D, scheduled to conclude on **February 24, 2026.** The Court **will** sit in trial on Friday. |
| | Counsel shall appear in court at 9:00 a.m. on the first day of trial to address miscellaneous matters with the |

courtroom deputy clerk prior to the commencement of jury selection.

The government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. No changes to this schedule will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk. The government remains responsible for ensuring compliance with the Speedy Trial Act.

DATE: July 1, 2025.

/s/
Brendan A. Hurson
United States District Judge
