## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | * |
| | *     **CRIM. NO. 1:24-cr-200-BAH** |
| **RICHARD MICHAEL ROE,** | * |
| | * |
| **Defendant.** | * |
| | ******* |

### MOTION FOR RECIPROCAL DISCOVERY

The United States of America, by and through its attorneys, files its motion for reciprocal discovery. For the foregoing reasons, this Court should grant this motion.

### I.    Reciprocal Discovery

#### a.  Rule 16(b)

Defendant has invoked Federal Rule of Criminal Procedure 16(a) and the Government has already voluntarily complied with the requirements of Federal Rule of Criminal Procedure 16(a). Therefore, Rule 16(b) should presently be determined to be operable as to Defendant.

The Government, pursuant to Rule 16(b), hereby requests that Defendant permit the Government to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody, or control of Defendant and which he intends to introduce as evidence in his case-in-chief at trial. The Government further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which he intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom Defendant intends to call as a witness. The Government also requests that the Court make such orders as it deems necessary under Rule 16(d)(l) and (2) to insure that the Government receives the discovery to which

1

it is entitled in a timely manner.

### b. Rule 26.2

Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all witnesses, except any statement of Defendant. The rule provides for the reciprocal production of Jencks statements. The time frame established by the rule requires the statement to be provided after the witness has testified, as in the Jencks Act. Therefore, the Government hereby requests that Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. This order should include any form these statements are memorialized in, including, but not limited to, tape recordings, handwritten or typed notes, and/or reports.

## II.    Conclusion

Based upon the foregoing, this Court should grant this motion and order discovery to be produced in a timely manner so that the United States has adequate time to review the material prior to trial.

Respectfully submitted,

Pamela Bondi,
United States Attorney General
Erik S. Siebert, United States Attorney,
Eastern District of Virginia

By:        /s/
Alessandra P. Serano
Vanessa Strobbe
Special Attorneys to the United States
Attorney General

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on September 16, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.


By:    _____/s/_____
          Alessandra P. Serano
          Special Attorney to the United States Attorney
          General
          United States Attorney's Office, EDVA
          2100 Jamieson Avenue
          Alexandria, VA 22314
          Phone: 703-299-3768
          Fax: 703-299-3980
          Alessandra.serano@usdoj.gov