

## ATTACHMENT A
## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On or about and between January 2020 and January 2021, in interstate or foreign communications, as defined by 47 U.S.C. §153(21) and (28), the Defendant, initiated numerous phone calls and other communications using a telecommunication device for the purpose of harassing Victims 1, 2, 3, 4, 6, and Victim Businesses 1 and 2 (collectively "victims"). Defendant used various programs such as Prankowl and PrankDial and VPN programs to mask his true identity and make it appear that someone else was making the calls, texts, messages, and other communications toward the victims. The messages were sent to each victim for the purpose of harassing each of them would sometimes contain personal and private information about the victim's location, what the victim was doing or other personal information such as commenting on Victim 1's father's death, the license plate of a car the person was driving, credit card numbers, and email addresses.

For example, on April 4, 2020, Roe sent the following text message to Victim 1: "2012 Ford Escape!!! License plate [license plate redacted]!!!! Just walked right past that crap car Danny!!!!"

A second example is on July 28, 2020, Roe sent the following message to Victim 1 and others:

"mike we all know u have a pi stalking leenzy and the [last name redacted] and danny!!!! Its so obvious!!!! How else would u know about leenzy hiding danny from u???? or her sleeping at [address redacted]???? how would u know about danny??? Or Paris??? Or there inn at[location redacted]??? Joe and danny dog??? That leenzys entire fam but mostly pat is paying for her lawyer????? where leenzy was on new years or Jan 3 and 4???? her new email [email redacted]??? danny poundin her out after watching lsu clemson???? Leenz going to post Malone concert???? watching super bowl with mc's friends???? her newest insta and fbook friends???? her family and friends criminal records???? how dolled up she got for dannys bday???? how quickly she told danny she loved him???? how quickly she met his family??? The Easter zoom with the [family name] and [family name] which Danny was on???? leenzy hangouT for Laura [last name redacted] bday???"

Another example, on August 18, 2020, Roe sent the following text message to Victim 1 about her father's death:

"mike r u goin to ed [last name redacted] viewing and mass on the 20th???? Thursday!!!! u know leenzys dad passed away on the 13th???? danny will be there!!!! u should come!!!! does that explain leenzys3 vacation last week???? and dannys?????"

Rev. August 2018

1



On August 19, 2020, Roe sent the following text message to Victim 1 about her father's death:

"mike and danny please RSVP for tomorrow!!!!! Mass and Visitation: [name of church redacted ] to follow at: [name redacted] Cemetery"

On August 28, 2020, Roe sent the following text message to Victim 1 about her father's death:

"mikey loves aug 20 2020 cuz it's the day leenzy dropped her dad in a hole 6ft down!!!! leenzy loves aug 20 2021 cu shell be dannys date for rhiners wedding!!!!"

The series of calls, texts, and other communications made by Roe towards the victims caused harm to each of them.. Roe filed frivolous police reports alleging that it was Victim 1 who was harassing him. Roe also sought an order for protection in New York (where he was living) against Victim 1 that caused her to hire an attorney to defend against the proceeding. After Victim 6 reported the harassment by Roe to law enforcement, Roe increased the harassment towards Victim 6. The two Victim Businesses were overwhelmed by Roe's communications.

On June 20, 2020, Roe sent the following text message to Victim 1:

"Leenz!!!! Watchout!!!! Big hedge fund guy said hell spend every dollar he has destroying u and ur family!!!! u no mike is a resentful and spiteful pig!!!! U no hell do it!!!!! how big are Patrickc, Linda, and helens wallets????? Look like U will need it!!!! danny really should help!!!! everyone knows how much they pay people at millennium!!!!! It's not [Victim Business name redacted] pay tho!!!!!! or [Victim Business name redacted]!!!!!"

For the relevant time period, all of the victims were residents of the District of Maryland.

//

//

//

//

//

//

//

//

Rev. August 2018

2

SO STIPULATED:

_____

Alessandra P. Serano
Vanessa Strobbe
Special Attorneys Acting Under Authority
Conferred by 28 U.S.C. § 515

_____
Defendant

_____
Counsel for Defendant