My name is ▮▮▮▮▮▮▮ and I am Victim 1. First, I would like to thank over and over again (and then over again) the individuals who never gave up on me, or this case, despite the fact that this has been years in the making. Kevin, Steven, Glenn, Ali, and Vanessa just to name a few. Without you, I am positive that this case would have been lost in translation and never gotten to where we are, here, today.

Before this began, I was a carefree, very easy-going, go-with-the-flow type of person. I thought I was a good judge of character and was the company I kept. Now, 6 years later, I am someone who is forever changed- physically, emotionally, and financially. The actions of the defendant have completely impacted and changed my life, forever. I have been living in fight or flight mode since 2020.Every moment since has felt like swimming upstream, gasping for breath while waves shove me underwater.

There's really no way for me to explain or to fully articulate how this has truly impacted me and to be honest, I don't even want the defendant to have that satisfaction of knowing. It is too complex, too large, too painful, honestly even too unfathomable and this experience will live with me forever. I have been forced to change the way I live forever, and not by choice. For the rest of my life, I am going to be looking over my shoulder waiting for when he is going to strike next. This vendetta he has against me and my loved ones, I truly feel will never go away and because of that, I know decades later I am going still going to be fearful of what he is still capable of doing to me or anyone I know. I can without a doubt say, I will be in fear of my life, my husband's life, our future daughter's life, and the lives of everyone I care about, for the rest of my life. And this is all because of him.

I no longer trust people like I did before. Today, I don't trust you before I do. I have become extremely private. This has forever changed my family, loved ones, and friends because they were not only scared for my safety, but also theirs. This is a situation that none of us asked for or deserved and for that, I will be forever ashamed that I brought this chaos into their lives.

Because who would have thought that a person was capable of such evil, threatening, life altering, and unhinged actions? I never in a million years had any idea that his psychotic behavior would escalate to what it did. My entire life was flipped upside down.

Mentally, I cannot even begin to describe the feelings of terror, despair, fear, hopelessness, all among other things, that I felt during these 6 years and still do, today. I live in a constant state of fear, paranoia, loss of trust, always feeling unsafe. I felt trapped with no way out. I questioned how I got in this situation. I was frustrated, filled with guilt, embarrassment and complete shame.

I cannot count the hours I have spent crying, mostly in private, because I am prideful, wondering why this is happening to me (and everyone else), and whether it will ever stop and if I will ever feel safe again. I woke up every day in fear and every night, I went to sleep in fear. I have had nightmares most nights, to point where my husband wakes me up because the terror I am facing in my dreams has woken him up too.

Physically, when everyone was gaining weight during COVID, I was losing it at an alarming rate. I have suffered stress-induced allergic reactions that I had never experienced before all of this. I also was diagnosed with having shingles due to the stress, which is abnormal as a young female. I had my first panic attack, which was followed by several more. During the first one, I remember feeling like I was having a heart attack and the impending doom that was set upon me. I thought of all the people I wouldn't be able to say goodbye to, especially my mom. Do you want to know what else I thought? That this sick individual would once again, get away with what he had done to me and everyone I care about. That if I died in that moment, justice would never be served, and he would never be held accountable.

Financially, I spent close to $100,000 defending myself from the false allegations he made against me- in multiple different jurisdictions- (which we all know is illegal, by the way) and to take measures to feel safe and protect myself. I've had lawyer's fees, had to move twice, had to get alarm systems and will most likely be in therapy for years and years to come. I had to take off work several times to meet with lawyers and the FBI. I am lucky I still have my job after the terror campaign he instilled in my work, and my bosses lives as well.

This occurring during COVID only escalated the defendant's behavior by 100%. Although I had every single person in my corner, I still have never felt more isolated and alone in my entire life. I felt guilt, shame, embarrassment and wished all of this was only happening to me, not the 200+ other people he brought into this. I always felt I had been a good judge of character but soon began to doubt that as well. I had to change my routines, my "normal" in everything I did. I had to change my phone number but only after my father passed away as I was the main point of contact for all his specialists. Before that, you took away the last opportunities I could have spoken to him due to my devices being forensically analyzed to make sure you weren't in them. When I got them back, it was too late and for that, I will hate you for forever. Even so, my father's loss was undoubtedly used as a part of his terroristic campaign. He was my very own terrorist in my life and he knew it and loved it. He knew what he was doing all along. Instead of being able to grieve my father's death properly at his funeral, I had to have 2 family members stand in the back of the church to make sure he didn't barge in, just like he said he was going to do.

Currently, I still have over 2,000 phone numbers and contacts blocked on my phone. I have an album of evidence on phone that has over 20,000 screenshots that each show his harassment each and every day, hundreds of times of day. I remember the day I started writing the things down that you did because I knew I would not be able to remember them all. Well thank god I did- but I saved every bit of proof that has helped bring you to justice.

There are phone numbers I had to block that I didn't have in my phone that I have later found out, once saved, that they have been blocked for years despite them being my uncle or friend's phone number. This has happened as recently as last week and has occurred multiple times. Same with my husband and other family members. It got to the point where I couldn't even communicate with anyone without the fear of them being targeted next. I couldn't even communicate with my own family members without him finding the mode in which we were able to communicate. This caused my mom deep distress and I was worried she was going to have a heart attack, worrying about me.

He wanted to ruin all my friendships and relationships and made that known. But guess what? My relationships had never been more rock solid. My new relationship that you so desperately tried to sabotage and ruin, we have been happily married for years now and are expecting our first child. If anything, you made our bond and love that much stronger. My friendships are beautiful and stronger than ever, all thanks to you. My family- is rock solid and have supported me in ways you would never understand. And even acquaintances or people I barely knew, but that you had brought into, have had my back and supported me through all of this.

This defendant was hell bent on wanting to ruin my life, my family's lives, friends, colleagues, anyone that was even associated with me, my husband, my friends, and my family, my husband's family and friends as well. It was and still is absolutely psychotic and unstable obsessive behavior. I truly believe that his goal was to make my family hate me, make me lose all my friends, to get me fired, to ruin all my relationships, and ultimately, to get me arrested and put me in jail. He wanted me to be in his seat today, and him to be standing where I am right now, at this exact moment. All because of what? Oh that's right, I

just stopped talking to you. Nothing more, nothing less. And to act like this, to be told no, shows how unwell this individual is. My life is everything yours isn't. You are a complete and pathetic loser, a pathological liar, have zero friends, and someone who pretends to be everything they are not and never will be. I hope deep down, you are ashamed for the person you know you are.

The fact that you have two sisters and act like this, is disgusting. It is clear his family has protected him time and time again, instead of getting him the actual help that he so desperately needs. And for that, they should be ashamed. Stop using money to bail him out and use it to get him this help.

Also, little did I know, was that he has done this in the past. How do I know this? Word of mouth from the people HE dragged into this, old college teammates, and two prior females that came forward to mirror everything that has happened to me. All people I do not know and have never met. A leopard certainly does not change his spots. I doubt he will stop this type of behavior for whoever crosses him in the future because he is an unhinged and unstable individual but I do hope that today, this may cause him to stop and think before he acts and does something like this ever again. But sadly, I feel that this individual is unable to stop, he can't.  And to his wife, I cannot imagine what string of lies or stories he has told you to convince you to not only stay with him, but to also marry him, if you were to have been told the actual truth. Because anyone that has been affected by him would without a doubt say one word to you. And that is RUN.