**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD MICHAEL ROE,<br><br>*Defendant*. | Case No. 24-CR-200-BAH |

## ORDER

The motion of the United States to seal restitution documents in the above referenced case is hereby GRANTED.

                                                                                                                       _____
                                                                                                   The Honorable Brandon A. Hurson
                                                                                                   United States District Judge

January __, 2026